NEWLIN v. GILL, STATE TREASURER

No. 66 PC.

Case below: 32 N.C. App. 392.

Petition by defendants for discretionary review under G.S. 7A-31 allowed 5 April 1977.

STATE v. BROWN

No. 50 PC.

Case below: 32 N.C. App. 234.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 April 1977.

STATE v. BUFF

No. 91 PC.

Case below: 32 N.C. App. 395.

Petition by defendant for discretionary review under G.S. 7A-31 denied 29 March 1977.

STATE v. BUTCHER

No. 23 PC.

Case below: 31 N.C. App. 572.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 April 1977.

STATE v. CAMPBELL

No. 68 PC.

Case below: 32 N.C. App. 398.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 April 1977.